

# IN THE
# TENTH COURT OF APPEALS

### No. 10-22-00419-CV

## IN RE MICHEAL A. FARMER

### Original Proceeding

### From the 13th District Court
### Navarro County, Texas
### Trial Court No. 09-18394-CV

## MEMORANDUM OPINION

Relator's Petition for Writ of Mandamus was filed on December 14, 2022. In the petition, relator asked that we order Respondent trial court to issue a ruling on Relator's Motion to Revoke Suspension. Relator has notified this Court that Respondent has issued a ruling on Relator's motion, thus rendering Relator's Petition for Writ of Mandamus moot.

We agree that, with Respondent's ruling, the petition is moot. Accordingly, Relator's Petition for Writ of Mandamus, filed on December 14, 2022, is dismissed as moot.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Petition dismissed
Opinion delivered and filed December 28, 2022
[OT06]

